**Opinion issued October 31, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00589-CV**

———————————

**IN RE M.D. ANDERSON CANCER CENTER, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

On August 14, 2023, relator M.D. Anderson Cancer Center filed a petition for writ of mandamus requesting that our Court compel the Honorable Ursula Hall, presiding judge of the 165th District Court of Harris County, to rule on relator's First Amended Second Plea to the Jurisdiction.[1] On October 16, 2023, after our Court

---

[1] The underlying case is *Bing Wang, M.D. v. M.D. Anderson Cancer Center*, cause number 202231980, pending in the 165th District Court of Harris County, Texas, the Honorable Ursula A. Hall presiding.

requested a response to the petition from the real party in interest, Judge Hall issued an order denying relator's plea to the jurisdiction.

Because Judge Hall has ruled on relator's plea to the jurisdiction, we dismiss the petition for writ of mandamus as moot. Any pending motions, including relator's motion to stay the underlying proceedings, are dismissed as moot.

**PER CURIAM**

Panel consists of Justice Goodman, Rivas-Molloy, and Guerra.